IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**REDACTED**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Criminal Action No. 08-121 |
| ) | |
| RASHEEM DOLLARD, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about July 11, 2008, in the State and District of Delaware, Rasheem Dollard, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Taurus INT MFG. PT 138 Millenium .380 ACP handgun, bearing serial number KUB22415, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO

On or about July 11, 2008, in the State and District of Delaware, Rasheem Dollard, defendant herein, did knowingly possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## **COUNT III**

On or about July 11, 2008, in the State and District of Delaware, Rasheem Dollard, defendant herein, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the knowing possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base, as set forth in Count II of this Indictment and incorporated by reference as if fully set forth herein, knowingly possessed a firearm, that is, a Taurus INT MFG. PT 138 Millenium .380 ACP handgun, bearing serial number KUB22415, all in violation of Title 18, United States Code, Sections 924(c)(1)(A).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

1. The Taurus INT MFG. PT 138 Millenium .380 ACP handgun, bearing serial number KUB22415; and

2. 11 rounds of ammunition.

A TRUE BILL:


Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
John C. Snyder
Assistant United States Attorney


Dated: August 5, 2008