UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | Cr. No. 08-121-SLR |
| ) | |
| v. ) | |
| ) | |
| RASHEEM DOUARD ) | |
| ) | |
| Defendant ) | |

**ORDER**

This 14th day of August, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before August 28, 2008. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

_____
Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE

cc: Defense Counsel
    United States Attorney

FILED
AUG 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE