IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 08-121-SLR |
| vs. | : | |
| **RASHEEM DOLLARD** | : | |

ORDER

AND NOW, this 26th day of August, 2008, upon motion of Defendant, RASHEEM DOLLARD, by and through his Court-appointed counsel, CHRISTOPHER G. FURLONG, ESQUIRE, it is hereby **ORDERED** and **DECREED** that the Motion for Extension of Time in which to file Pre-trial Motions is hereby granted.

Defendant hereby will have until September 30, 2008 to file said Motions or upon further application filed with the Court.

BY THE COURT:

_____
SUE L. ROBINSON                J.